UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARGARET BROCK, ET AL.<br><br>             Plaintiffs,<br>     vs.<br><br>DANETTE THOMAS, ET AL.<br><br>             Defendants. | CIVIL ACTION<br><br>Case No.: 2:10-cv-00687 |

## PRAECIPE TO ISSUE A SUMMONS

To: Clerk, United States District Court of the Eastern District of Pennsylvania

On January 19, 2010, a Complaint was filed in the above-captioned matter. On February 18, 2010, the matter was removed to the Eastern District of Pennsylvania.

Attached to this Praecipe is a Summons for Defendants Fresh Start Financial Services and Trinity Insurance, Abstract and Title Agency, LLC.

Respectfully submitted,

Date: April 21, 2010                  __/s/ Daniel Urevick-Ackelsberg__
                                       Daniel Urevick-Ackelsberg, Esquire
                                       Attorney for the Plaintiffs
                                       Community Legal Services, Inc
                                       3638 N. Broad Street
                                       Philadelphia, PA 19140