**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2010, I caused a true and correct copy of the foregoing Praecipe to Issue a Summons to be served upon the following:

Grace K. Henry, Esquire
Zarwin, Baum, DeVito, Kaplan,
Schaer & Toddy, P.C.
1818 Market Street, 13th Floor
Philadelphia, PA 19103
gkhenry@zarwin.com
*Attorney for Superior Mortgage Corporation*
*(via ECF)*

James W. Brody
American Mortgage Law Group, P.C.
75 Rowland Way, Suite 350
Novato, CA 94945
*Attorney for Superior Mortgage Corporation*
*(via U.S. Mail)*

Patricia A. Fecile-Moreland, Esq.
Tiffany Branch, Esq.
Marks, O'Neill, O'Brien, & Courtney, P.C.
1800 JFK Blvd., Suite 1900
Philadelphia, PA 19103
215-564-6688
pmoreland@mooclaw.com
tbranch@mooclaw.com
*Attorneys for Juan Escobar and Access Abstract*
*Corporation*
*(via ECF)*

David A. Thatcher, Esq.
Thatcher, Passarella & Thatcher, P.C.
105 N. Black Horse Pike
Runnemede, NJ 08078
856-939-3100
*Attorney for American One Mortgage*
*(via U.S. Mail)*

Danette Thomas
7575 Boulevard Avenue
Pennsauken, NJ 08110
*(via U.S. Mail)*

Byron White
7575 Boulevard Avenue
Pennsauken, NJ 08110
*(via U.S. Mail)*

Leona Hudgins
136 Arbor Meadow Drive
Sicklerville, NJ 08081
*(via U.S. Mail)*

Danette Thomas, President
Unique Management and Consulting Services,
L.L.C.
7575 Boulevard Avenue
Pennsauken, NJ 08110
*(via U.S. Mail)*

Trinity Insurance, Abstract and Title Agency L.L.C.
3641 Haddonfield Road
Suite 100
Pennsuaken, NJ 08109
*(via U.S. Mail)*

Silver Buckman
1746 Morris Drive
Cherry Hill, NJ 08034
*(via U.S. Mail)*

Fresh Start Financial Services
1746 Morris Drive
Cherry Hill, NJ 08034
*(via U.S. Mail)*

Cynthia Foxworth
1 Lorne Road
Turnersville, NJ 08012
*(via U.S. Mail)*

Vincent Foxworth
1 Lorne Road
Turnersville, NJ 08012
*(via U.S. Mail)*

Date: April 21, 2010                          /s/ Daniel Urevick-Ackelsberg___
                                              Daniel Urevick-Ackelsberg, Esquire
                                              Attorneys for the Plaintiffs
                                              Elizabeth Goodell, Esquire
                                              Montgomery L. Wilson, Esquire
                                              Community Legal Services, Inc
                                              3638 N. Broad Street
                                              Philadelphia, PA 19140