IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARGARET BROCK | : | CIVIL ACTION |
| Plaintiff, | : | NO. 10-687 |
| | : | |
| v. | : | |
| | : | |
| DANETTE THOMAS, et al. | : | |
| Defendants. | : | |

## CONFERENCE NOTICE

A Settlement Conference in the above-captioned case will be held on **November 17, 2011**, at **1:30 p.m.,** before the Honorable Timothy R. Rice, United States Magistrate Judge, in Room 3029, U.S. Courthouse, 601 Market Street, Philadelphia, Pa. 19106.

- Please notify the court if settlement is not a real possibility.

- **The conference will not be held unless counsel has clients with <u>full and complete</u> settlement authority physically present for the duration of the conference. Full and complete authority means the party's representative must possess authority consistent with the most recent demand.** [1]

Please complete the attached summary and fax it to Chambers (267) 299-5064 on or before **November 14, 2011.**

    /s/ Kristin R. Makely
Kristin R. Makely
Deputy Clerk to
Magistrate Judge Timothy R. Rice
(267) 299-7660

Date:   November 9, 2011

---

[1] Parties include all persons, corporations or other business entities, and insurance companies with an interest in the case, and each entity with an interest in the case <u>must</u> attend the conference.  In the case of corporate or other business entities, the corporate official with ultimate settlement authority is required to attend.  Where an insurance company is involved, a representative with full and complete settlement authority is also required to attend.

# SETTLEMENT CONFERENCE SUMMARY

**CAPTION:** _____

**DISTRICT COURT JUDGE:** _____   **JURY / NONJURY**
(Circle One)

**TRIAL/POOL DATE:** _____

**COUNSEL ATTENDING SETTLEMENT CONFERENCE:**

**Name:** _____

**Address:** _____

**Phone:** _____
**Client:** _____

**CLIENT ATTENDING SETTLEMENT CONFERENCE:**

Name of Individual with Ultimate Settlement Authority who will be present at the settlement conference (include company and position where applicable):

_____

**MOTIONS PENDING:**

_____
_____
_____

**OTHER RELEVANT MATTERS:**

_____
_____
_____

**PRIOR OFFERS / DEMANDS:**

_____
_____

## ATTACH SYNOPSIS OF CASE  (LIMITED TO ONE PAGE)