## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARGARET BROCK, et al., | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| DANETTE THOMAS, et al., | : | No. 10-687 |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, on May 21, 2014, after a bench trial and upon consideration of the parties'

proposed findings of fact and conclusions of law, it is hereby **ORDERED** that judgment is

entered in favor of the Plaintiff Chicago Title Insurance Company against Defendants Leona

Hudgins, Byron White, Danette Thomas, and Silver Buckman for breach of fiduciary duty, fraud,

and conspiracy to breach fiduciary duties and commit fraud.

Judgment is entered against Hudgins, White, Thomas, and Buckman in the amount of

$210,355.01.

The Clerk of Court is **DIRECTED** to close this case.


BY THE COURT:


s/ Timothy R. Rice
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE